**Kevin Rashaan HORSEY, Sr.,**
Plaintiff–Appellant,

v.

**SALISBURY POLICE DEPARTMENT; B. Caton, Officer; N. Amendolagine, Officer; David Underwood, Officer; Drug Task Force, Defendants–Appellees.**

No. 14–6202.

United States Court of Appeals, Fourth Circuit.

Submitted: May 29, 2014.

Decided: June 3, 2014.

Kevin Rashaan Horsey, Sr., Appellant Pro Se.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Rashaan Horsey, Sr., appeals the district court's order dismissing his civil action without prejudice after concluding that his claims for damages were barred by *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), and that his claims for injunctive relief were not otherwise cognizable. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Horsey's informal brief does not challenge the basis for the district court's disposition, Horsey has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*